IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:23-cv-0030-MOC-WCM

| | | |
|---|---|---|
| ALIX E. NARDONE and BROOKE E. STARK, | ) ) ) | |
| Plaintiffs, | ) ) | ORDER |
| v. | ) ) ) | |
| ERIC EDEE, | ) ) | |
| Defendant. | ) | |

This matter is before the Court on Plaintiffs' Motion to Remand and Motion to Expedite Briefing and Ruling on Motion to Remand (the "First Motion to Remand," Doc. 3) and Plaintiffs' Amended Motion to Remand and Motion to Expedite Briefing and Ruling on Motion to Remand (the "Second Motion to Remand," Doc. 4).

Both the First Motion to Remand and the Second Motion to Remand request that this case be remanded to the Superior Court of Transylvania County, North Carolina.

Plaintiffs state that the Second Motion to Remand was filed to correct the caption as shown in the First Motion to Remand. Doc. 4 at 1 n.1. Accordingly, the First Motion to Remand (Doc. 3) is **DENIED AS MOOT**.

1

With respect to the Second Motion to Remand, to the extent that Motion requests that the Court set an expedited briefing schedule, the Motion is **DENIED**. Having reviewed the docket and considering Defendant's status as a *pro se* litigant, the undersigned is not persuaded that an expedited briefing schedule should be imposed.

To the extent the Second Motion to Remand requests that this case be remanded to North Carolina state court, the Motion **REMAINS ACTIVE**. In that regard, Defendant is **ADVISED** that under the Local Rules his response is due by February 16, 2023.

It is so ordered.

Signed: February 10, 2023

W. Carleton Metcalf
United States Magistrate Judge